IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---

ROSE WOODS and
others similarly situated,

    Plaintiffs,

v.                                                         No.: 3:10-0065

AHF/CENTRAL STATES, INC.,               JURY DEMANDED

    Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PLEADING

---

    Plaintiff has filed a Motion to Withdraw its Motion for Court Supervised Notice and Conditional Certification and Memorandum in Support Thereof (D.E. 20, 21) in the above captioned action. Based on the submission of counsel and the entire record in this action, the Court is of the opinion that Plaintiff's motion is well taken and should be granted. Plaintiff's Motion for Approval of 29 U.S.C. 216(b) Notice and Consent Forms and to Order Disclosure of Current and Former Employees (D.E. 20) and the accompanying Memorandum (D.E. 21) are hereby withdrawn.

    IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATE: September 20, 2010