IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSE WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10-cv-0065 |
| ) | |
| AHF/CENTRAL STATES, INC., ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Rose Woods[1] filed this suit alleging that her former employer, defendant AHF/Central States, Inc. ("AHF"), violated the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, by failing properly to compensate Woods for overtime work. Woods also asserts that AHF is liable to her under various state-law theories of recovery including unjust enrichment/quantum meruit, breach of agreement, and violation of the Tennessee Wage Regulation Act for failing to fully compensate her for all work performed while she was employed by AHF.

Now before the Court is AHF's Motion for Summary Judgment (Doc. No. 25), in which the defendant asserts that Woods' FLSA claim fails as a matter of law on the basis that the plaintiff cannot establish a *prima facie* case of a violation of the FLSA, and that the state-law claims should be dismissed as well. The motion has been fully briefed and is ripe for consideration.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that even when all inferences are drawn in favor of the plaintiff in this case, the evidence is not sufficient to establish that an FLSA violation occurred. As a result, AHF is entitled to summary judgment in its favor as to Woods' FLSA claim. In addition, having concluded that dismissal of plaintiff's sole federal claim is appropriate, the Court declines to exercise supplemental jurisdiction over Woods' remaining state-law claims and will therefore dismiss those claims without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).

---

[1] Woods originally filed this action as a collective action. She has now elected to pursue this case as an individual action and has withdrawn her motion for class certification.

Accordingly, the defendant's motion for summary judgment (Doc. No. 25) is **GRANTED** as to the plaintiff's FLSA claim and that claim is **DISMISSED WITH PREJUDICE**. The remaining state-law claims are **DISMISSED WITHOUT PREJUDICE**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal may lie.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge